# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SMARTE CARTE, INC.
  Plaintiff,

v.

CARLOS COLON, et al.
  Defendants.

CASE NUMBER: 96-1957 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**<br>**Docket # 64, 65, & 69**<br>[X] **Plff**  [X] **Defts**  [ ] **Other**<br>**Title:** Motions for Extension of Time | The parties' requests for extensions to file documents in docket numbers **64, 65 and 69** are **moot**, as the Court hereby accepts the documents which have already been submitted. |

Date  1-21·00

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



