UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**BEFORE HON. HECTOR M. LAFFITTE**

MINUTES OF PROCEEDINGS                    DATE: February 10, 2000

CIVIL CASE NO.96-1957 (HL)

COURTROOM DEPUTY: Minerva **FIGUEROA**

COURT REPORTER: N/A

================================================================

Smarte Carte, Inc.                    Attys: Jane Becker and Edward
                                             M. Borges, Esqs.

      Plaintiff
VS.


Carlos Colón, et al                   Attys: Pedro Pumarada-Surillo
                                             & Heriberto Burgos, Esqs.

      Defendant

---

    Case called for Pretrial and Settlement Conference. The parties are ordered to meet at defense counsels office on February 15, 2000 at 2:00 P.M., and negotiate in good faith towards reaching an agreement, if feasible.

    The deposition of Brad Stanious's will be taken by defendants at defendants counsels law office on February 25, 2000 staring at 9:30 A.M., limited to 6 hours. Defendant's cross claimant, Alex Colon, shall produce his income tax returns filed in 1997, 1998 &



1999.  Defendant's counsel shall also provide Carlos Colon's tax returns for the years 1994 & 1995.  These tax returns shall be delivered to counsel for plaintiffs within 10 days.

The Court grants defense Counsel Burgos 5 days to reply to to plaintiff's opposition to the motion for summary judgment (docket #79).

                                                     _____
                                                     COURTROOM DEPUTY CLERK

Parties to be notified.