UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Smarte Carte, Inc.
    Plaintiff

v.                          CASE NUMBER: 96-1957 (HL)

Carlos Colon, et al.
    Defendants

## ORDER

On January 31st the parties filed a joint motion informing the Court they had reached a settlement. Nevertheless, up to this date the final settlement papers have not been filed. In light of the unwarranted delay, the parties are hereby **ordered** to file the settlement papers by May 31, 2000, or the case shall be dismissed.

Date 5-24-00          HECTOR M. LAFFITTE
                                  Chief U.S. District Judge

