ENTERED ON DOCKET
6/9/00
PURSUANT TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

SMARTE CARTE, INC., ON ITS OWN
BEHALF AND AS SUCCESSOR IN
INTEREST OF EZ ROLLER, INC.,

    Plaintiff and Counterclaim
    Defendant,

    v.

CARLOS COLÓN, ALEX COLÓN,
ABC CORPORATION,

    Defendants and Counterclaim
    Plaintiffs.

CIVIL NO. 96-1957 HL

## JUDGMENT

Having reviewed the stipulation filed by Plaintiff and Counterclaim Defendant Smarte Carte, Inc., on its own behalf and as successor in interest of EZ Roller, Inc., and by Defendants and Counterclaim Plaintiffs Carlos Colón and Alex Colón, the same is hereby APPROVED and the terms thereof are incorporated herein by reference as if fully set forth.

Accordingly, the Court hereby orders that the matter of caption be and is hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, this 7th day of June, 2000.

HON. HÉCTOR M. LAFFITTE
CHIEF U.S. DISTRICT JUDGE

226058v.1